AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

_____Western_____ District of _____Washington_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No:   CR09-009TSZ |
| Justin Alford | ) | USM No:   39007-086 |
| | ) | |
| Date of Original Judgment:          6/25/09 | ) | |
| Date of Previous Amended Judgment: | ) | Dennis Carroll |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:   ʌin part
     ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____120_____ months **is reduced to** _____112 months_____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____06/25/2009_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:     08/18/2016

*Judge's signature*

Effective Date: _____
     *(if different from order date)*

The Honorable Thomas S. Zilly, U.S. District Judge
*Printed name and title*