UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JUSTIN BLAIR ALFORD,<br><br>    Defendant. | 2:09-cr-00009-TSZ<br><br>ORDER |

THIS MATTER comes before the Court on defendant Justin Alford's motion for early termination of supervised release, docket no. 54. The Court has reviewed the motion and the Government's response, docket no. 55. The Court DENIES the motion.

IT IS SO ORDERED.

Dated this 9th day of March, 2018.

                                              Thomas S. Zilly
                                              United States District Judge

ORDER - 1