JUDGE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR09-009-TSZ |
| Plaintiff, | |
| v. | ORDER GRANTING THE SECOND RENEWED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| JUSTIN BLAIR ALFORD, | |
| Defendant. | |

THIS MATTER has come before the Court on Justin Alford's motion for early termination of supervised release, docket no. 63. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Justin Alford's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 24th day of February, 2020.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Submitted by:

s/ *Dennis Carroll*
Assistant Federal Public Defender
Attorney for Justin Alford

ORDER FOR EARLY TERMINATION
OF SUPERVISED RELEASE
(*Justin Alford*, CR09-009-TSZ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**